MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
STEVE CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          ) <br>          Plaintiff, )<br>          )<br>   v.     )<br>          )<br>          )<br>          )<br>STEVE CORREA    )<br>          )<br>          Defendant. )<br>_____ | Case No.  2:08 mj 50 KJM<br><br>**STIPULATION OF THE PARTIES TO Continue; Order thereon**<br><br>Date: February 25, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Kimberly J.<br>  Mueller |

   IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that time beginning February 25, 2008, and extending through March 20, 2008 be excluded from time under the Speedy Trial Act within which an indictment must be found. Further, all Defendant consents to an extension of the time for preliminary examination until March 20, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due

Stip

1  diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

2      In particular, the time is required so that the parties
3  can discuss a proposed disposition and conduct investigation.
4  Counsel for the defendant has talked to his client with all
5  agreeing that the interests of justice
6  are furthered thereby.

7      The parties stipulate that the interests of justice
8  outweigh the interest of the public and the defendants in a
9  speedy filing of an indictment or information, 18 U.S.C. §§
10 3161(b)(h)(8)(A), and further that this good cause outweighs
11 the public's interest in the prompt disposition of this
12 criminal case. Fed. R. Crim. P. 5.1(d). The parties further
13 request that this matter be taken off calendar until March
14 20, 2008, or such other future time as any party may request
15 a hearing for a purpose other than preliminary examination.

16     IT IS SO STIPULATED.

17 DATE: February 22, 2008    /S/ Mark J. Reichel
                                              MARK J. REICHEL
18                                               Attorney for Defendant
                                              STEVEN CORREA
19

20
   DATE: February 22, 2008    McGREGOR W. SCOTT
21                                               United States Attorney

22

23                                               By: /s/ Jill Thomas
                                              JILL THOMAS
24                                               Assistant U.S. Attorney

25
                          IT IS SO ORDERED.
26

27 DATE: February 22, 2008.

28                                               _____
                                              U.S. MAGISTRATE JUDGE