1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  555 CAPITOL MALL, 6TH FLOOR, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  STEVE CORREA

7

8           IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | |
   |---|---|---|
12 | Plaintiff, | ) | Case No. 2:08 mj 49 KJM |
   |  | ) | 2:08 mj 50 KJM |
13 | v. | ) | **STIPULATION OF THE PARTIES** |
   |  | ) | **TO Continue; Order thereon** |
14 |  | ) |  |
   |  | ) | Date: May 29, 2008 |
15 | STEVE CORREA, AARON J. BODENSCHATZ. | ) | Time: 2:00 p.m. |
   |  | ) | Judge: Hon. Gregory G. Hollows |
16 |  | ) |  |
17 | Defendants. |  |  |
   | _____ |  |  |

18      IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that

19 the Preliminary Examination scheduled for April 17, 2008,

20 and extending through May 29, 2008 be excluded from time

21 under the Speedy Trial Act within which an indictment must be

22 found. Further, the Defendants consent to an extension of the

23 time for preliminary examination until May 29 2008. Fed. R.

24 Crim. P. 5.1(d). The parties submit that the ends of justice

25 are served by the Court excluding such time, so that they may

26 have reasonable time necessary for effective preparation,

27 taking into account the exercise of due diligence. 18 U.S.C.

28 § 3161(h)(8)(B)(iv). In particular, the time is required so

1 that the parties can discuss a proposed disposition and
2 conduct investigation. Counsel for the defendants have talked
3 to their respective clients in this case, and represent that
4 they have consented to this continuance and exclusion of
5 time, agreeing that the interests of justice are furthered
6 thereby.

7     The parties stipulate that the interests of justice
8 outweigh the interest of the public and the defendants in a
9 speedy filing of an indictment or information, 18 U.S.C. §
10 3161(h)(8)(B)(iv), and further that this good cause outweighs
11 the public's interest in the prompt disposition of this
12 criminal case. Fed. R. Crim. P. 5.1(d).

13     The parties further request that this matter be taken
14 off calendar until May 29, 2008, or such other future time as
15 any party may request a hearing for a purpose other than
16 preliminary examination.

17     IT IS SO STIPULATED.

18     McGREGOR W. SCOTT
    United States Attorney
19
Dated: April 16 2008    By: /s/ Jill Thomas
20
    JILL THOMAS
21     Assistant U.S. Attorney
    Attorneys for Plaintiff
22
DATED: April 16, 2008    By: /s/ Thomas Johnson
23
    THOMAS JOHNSON
24     Attorney for Defendant
    AARON J. BODENSCHATZ
25

26 DATED: April 16, 2008    By: /s/ Mark Reichel

27     MARK REICHEL
    Attorney for Defendant
28     STEVEN CORREA

2

IT IS SO ORDERED.

DATED: April 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE